**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., <br><br>         Plaintiff, <br><br>    v. <br><br> BENQ AMERICA CORP., FUJITSU GENERAL AMERICA, INC., JVC AMERICAS CORP., MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., NEC DISPLAY SOLUTIONS OF AMERICA, INC., PANASONIC CORP. OF NORTH AMERICA, PHILIPS ELECTRONICS NORTH AMERICA CORP., PROVIEW TECHNOLOGY, INC., REGENT U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., SHARP ELECTRONICS CORP., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND V, INC., <br><br>         Defendants, <br><br> And <br><br> LG.PHILIPS LCD CO., LTD., <br><br>         Intervenor. | CASE NO.   2:07-cv-67-TJW <br><br> Jury Trial Demanded |

**STIPULATION OF DISMISSAL OF SHARP ELECTRONICS CORP.**

Positive Technologies, Inc. ("Positive") and Sharp Electronics Corp. ("Sharp"), through their respective undersigned counsel, hereby stipulate and agree that their respective actions against each other, including any and all Complaints, Amended Complaints, Answers, Amended Answers, Counterclaims and the like, be and hereby are dismissed in their entirety with prejudice, each side to bear its own costs and expenses, including attorney fees, incurred in connection with the actions.  Positive's Complaint and action with regard to the remaining

1.

defendants remains in effect unless and until specifically dismissed.


Dated:  July 6, 2007

| /s/ James P. Brogan | /s/ Robert W. Adams |
|---|---|

James P. Brogan
**Attorney-in-charge**
Chad T. Nitta
Carolyn V. Juarez
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:     (720) 566-4000
Facsimile:     (720) 566-4099

OF COUNSEL:

Collin M. Maloney
Texas State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, TX  75703
Telephone:     (903) 561-1600
Facsimile:     (903) 581-1071

Thomas J. Friel
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

Kevin Zimmer
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA  92121-1909
Telephone:     (858) 550-6000
Facsimile:     (858) 550-6420

Thomas F. Poché
COOLEY GODWARD KRONISH LLP
1200 19th Street NW, 5th Floor
Washington, DC  20036
Telephone:  (202) 842-7800
Facsimile:  (202) 842-7899

ATTORNEYS FOR POSITIVE
TECHNOLOGIES, INC.

Robert W. Adams
Updeep "Mickey" Gill
NIXON & VANDERHYE, PC
901 North Glebe Road
11th Floor
Arlington, VA  22203
Telephone:     703.816.4009
Facsimile:     703.816.4100

Melvin R. Wilcox III
SMEAD ANDERSON & DUNN
2110 Horseshoe Lane
P.O. Box 3343
Longview ,TX  75606-3343
Telephone:     903.323.1892
Facsimile:     903.232.1889

ATTORNEYS FOR SHARP ELECTRONICS
CORP.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this **STIPULATION OF DISMISSAL OF SHARP ELECTRONICS CORP.** was served on all counsel who are deemed to have consented to electronic service.  Local  Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by facsimile on this 6th day of July, 2007.

/s/James P. Brogan

3.