# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BENQ AMERICA CORP., FUJITSU GENERAL AMERICA, INC., JVC AMERICAS CORP., MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., NEC DISPLAY SOLUTIONS OF AMERICA, INC., PANASONIC CORP. OF NORTH AMERICA, PHILIPS ELECTRONICS NORTH AMERICA CORP., PROVIEW TECHNOLOGY, INC., REGENT U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND V, INC., <br><br> Defendants, <br><br> And <br><br> LG.PHILIPS LCD CO., LTD., <br><br> Intervenor. | CASE NO.   2:07-cv-67-TJW <br><br> Jury Trial Demanded |

## ORDER DISMISSING BENQ AMERICA CORP.

Positive Technologies, Inc.'s and BenQ America Corp.'s Stipulation of Dismissal of BenQ America Corp. has been considered and IT IS HEREBY ORDERED that all claims and defenses between Positive Technologies, Inc. and BenQ America Corp. are hereby dismissed with prejudice, each side to bear its own costs and expenses, including attorney's fees, incurred in connection with the actions.

SIGNED this 10th day of September, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE