**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FUJITSU GENERAL AMERICA, INC., JVC AMERICAS CORP., MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., NEC DISPLAY SOLUTIONS OF AMERICA, INC., PANASONIC CORP. OF NORTH AMERICA, PHILIPS ELECTRONICS NORTH AMERICA CORP., PROVIEW TECHNOLOGY, INC., REGENT U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND V, INC.,<br><br>Defendants,<br><br>And<br><br>LG.PHILIPS LCD CO., LTD.,<br><br>Intervenor. | CASE NO.  2:07-cv-67-TJW<br>Jury Trial Demanded |

## STIPULATED MOTION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all claims and counterclaims that were asserted or could have been asserted in the above captioned Action by Positive Technologies, Inc. against Panasonic Corp. of North America and JVC America Corp. (collectively, "PNA/JVCA"), and all claims and counterclaims that were asserted or could have been asserted in this Action by PNA/JVCA against Positive Technologies, Inc., shall be and

1.

hereby are dismissed with prejudice and forever barred, with each party to bear its own counsel fees and costs.

Dated this 21st day of September, 2007.

Respectfully submitted,

/s/ Carolyn V. Juarez

James P. Brogan
**Attorney-in-charge**
Chad T. Nitta
Carolyn V. Juarez
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:     (720) 566-4000
Facsimile:     (720) 566-4099

OF COUNSEL:

Collin M. Maloney
Texas State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, TX  75703
Telephone:     (903) 561-1600
Facsimile:     (903) 581-1071

Thomas J. Friel
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

Kevin Zimmer
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA  92121-1909
Telephone:     (858) 550-6000
Facsimile:     (858) 550-6420

Thomas F. Poché
COOLEY GODWARD KRONISH LLP
1200 19th Street NW, 5th Floor
Washington, DC  20036
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

ATTORNEYS FOR PLAINTIFF POSITIVE TECHNOLOGIES, INC.

/s/ Morton Amster

LEAD COUNSEL:
Eric M. Albritton
ALBRITTON LAW FIRM
Texas State Bar No. 00790215
P.O. Box 2649
Longview, TX  75606
Telephone:     (903) 757-8449
Facsimile:     (903) 758-7397

OF COUNSEL:
Morton Amster
Abraham Kasdan
Michael V. Solomita
Richard S. Mandaro
Michael J. Kasdan
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY  10016
Telephone:     (212) 336-8030
Facsimile:     (212) 335-8001

ATTORNEYS FOR DEFENDANTS PANASONIC CORP. OF NORTH AMERICA AND JVC AMERICAS CORP.

3.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this **STIPULATED MOTION FOR DISMISSAL** was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by facsimile and/or U.S. First Class Mail this 21st day of September, 2007.

/s/  Carolyn Juarez

284070 v1/CO