**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FUJITSU GENERAL AMERICA, INC., JVC AMERICAS CORP., MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., NEC DISPLAY SOLUTIONS OF AMERICA, INC., PANASONIC CORP. OF NORTH AMERICA, PHILIPS ELECTRONICS NORTH AMERICA CORP., PROVIEW TECHNOLOGY, INC., REGENT U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND V, INC.,<br><br>　　　　Defendants,<br><br>And<br><br>LG.PHILIPS LCD CO., LTD.,<br><br>　　　　Intervenor. | CASE NO.   2:07-cv-67-TJW<br>Jury Trial Demanded |

## ORDER GRANTING DISMISSAL

　　　　The Court, having considered Positive Technologies, Inc. ("Positive"), Panasonic Corp. of North America and JVC America Corp.'s (collectively, "PNA/JVCA") Stipulated Motion for Dismissal hereby GRANTS the Stipulated Motion for Dismissal and orders that all claims and counterclaims that were asserted or could have been asserted in this Action by Positive Technologies, Inc. against PNA/JVCa and all claims and counterclaims that were asserted or could have been asserted in this Action by PNA/JVCA against Positive Technologies, Inc., shall

be and hereby are dismissed with prejudice and forever barred, with each party to bear its own counsel fees and costs.

IT IS SO ORDERED.

SIGNED this 26th day of September, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE