IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POSITIVE TECHNOLOGIES,<br><br>                Plaintiff,<br><br>      v.<br><br>BENQ AMERICA CORP., FUJITSU GENERAL AMERICA, INC., JVC AMERICAS CORP., MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., NEC DISPLAY SOLUTIONS OF AMERICA, INC., PANASONIC CORP. OF NORTH AMERICA, PHILIPS ELECTRONICS NORTH AMERICA CORP., PROVIEW TECHNOLOGY, INC., REGENT U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., SHARP ELECTRONICS CORP., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND V, INC.,<br><br>                Defendants. | CASE NO. 2:07cv67-TJW |

**ORDER GRANTING DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.'S AND PLAINTIFF'S JOINT MOTION FOR AN EXTENSION OF TIME TO PRODUCE <u>DOCUMENTS AND RESPOND TO DISCOVERY</u>**

On this date came on for consideration Defendant Samsung Electronics America, Inc.'s ("Samsung") and Plaintiff's Joint Motion for an Extension of Time to Produce Documents and Respond to Discovery and the Court being of the opinion same should be GRANTED, it is therefore

ORDERED that the Motion is GRANTED and the deadline whereby Samsung must produce invalidity contentions, documents, and privilege logs pursuant to PR 3-3 and 3-4 is

extended until October 26, 2007.  The deadline whereby Plaintiff must comply with P.R. 3-1(h) is extended to December 14, 2007.

    IT IS SO ORDERED.

    SIGNED this  1st  day of October, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE