IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC. <br><br> Plaintiff, <br><br> v. <br><br> BENQ AMERICA CORP., FUJITSU GENERAL AMERICA, INC., JVC AMERICAS CORP., MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., NEC DISPLAY SOLUTIONS OF AMERICA, INC., PANASONIC CORP. OF NORTH AMERICA, PHILIPS ELECTRONICS NORTH AMERICA CORP., PROVIEW TECHNOLOGY, INC., REGENT U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC, SHARP ELECTRONICS CORP., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND V, INC., <br><br> Defendants. | CASE NO. 2:07-CV-67-TJW <br> Jury Trial Demanded |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day, Plaintiff Positive Technologies, Inc. ("Positive") and Defendant Fujitsu General America, Inc. ("Fujitsu") requested the Court to dismiss all claims asserted between them in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims for relief asserted against Fujitsu by Positive and against Positive by Fujitsu herein are dismissed without prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

SIGNED this 29th day of October, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE