UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

POSITIVE TECHNOLOGIES,

        Plaintiff,

    v.

BENQ AMERICA CORP., FUJITSU
GENERAL AMERICA, INC., JVC
AMERICAS CORP., MITSUBISHI
DIGITAL ELECTRONICS AMERICA,
INC., NEC DISPLAY SOLUTIONS OF
AMERICA, INC., PANASONIC CORP. OF
NORTH AMERICA, PHILIPS
ELECTRONICS NORTH AMERICA
CORP., PROVIEW TECHNOLOGY, INC.,
REGENT U.S.A., INC., SAMSUNG
ELECTRONICS AMERICA, INC., SHARP
ELECTRONICS CORP., TOSHIBA
AMERICA CONSUMER PRODUCTS,
L.L.C., AND V, INC.,

        Defendants.

CASE NO. 2:07cv67-TJW

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal

With Prejudice of all claims and counterclaims asserted between plaintiff, Positive Technologies,

and defendant, Samsung Electronics America, Inc., in this case, and the Court being of the

opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims

asserted in this suit between plaintiff, Positive Technologies, and defendant, Samsung

Electronics America, Inc., are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the

party that incurred them.

SIGNED this 19th day of November, 2007.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE