### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BENQ AMERICA CORP., FUJITSU GENERAL AMERICA, INC., JVC AMERICAS CORP., MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., NEC DISPLAY SOLUTIONS OF AMERICA, INC., PANASONIC CORP. OF NORTH AMERICA, PHILIPS ELECTRONICS NORTH AMERICA CORP., PROVIEW TECHNOLOGY, INC., REGENT U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND V, INC., <br><br> Defendants, <br><br> and <br><br> LG.PHILIPS LCD CO., LTD., <br><br> Intervenor. | CASE NO.   2:07-cv-67-TJW <br><br> Jury Trial Demanded |

### ORDER DISMISSING PHILIPS ELECTRONICS NORTH AMERICA, CORP.

This matter having come before the Court on Positive Technologies, Inc.'s ("Positive") and Philips Electronics North America Corp.'s ("Philips") stipulation, and the Court being otherwise fully informed, IT IS ORDERED that Positive's and Philips' respective actions against each other are dismissed in their entirety with prejudice, and each side shall bear its own costs and expenses, including attorney fees, incurred in connection with the actions. Positive's Complaint and action with regard to the remaining defendants remains in effect unless and until specifically dismissed.

SIGNED this 10th day of January, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

2