**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC.,<br><br>Plaintiff.<br><br>v.<br><br>BENQ AMERICA CORP., FUJITSU GENERAL AMERICA, INC., JVC AMERICAS CORP., MITSUBISHI DIGITAL ELECTRONICS AMERICA INC., NEC DISPLAY SOLUTIONS OF AMERICA INC., PANASONIC CORP. OF NORTH AMERICA, PHILIPS ELECTRONICS NORTH AMERICA CORP., PROVIEW TECHNOLOGY, INC.; REGENT U.S.A. INC., SAMSUNG ELECTRONICS AMERICA, INC. SHARP ELECTRONICS CORP., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C. AND V. INC.,<br><br>Defendants.<br><br>——————————————<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORP.,<br><br>Third-Party Plaintiff.<br><br>v.<br><br>AU OPTRONICS CORPORATION AND AU OPTRONICS CORPORATION AMERICA,<br><br>Third-Party Defendants. | C.A. NO. 2:07CV067-TJW<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that Third-Party Plaintiff Philips Electronics North America Corporation, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(c)(1), through its undersigned counsel, hereby dismisses the above captioned Third-Party Action against Third-

Party Defendants AU Optronics Corporation and AU Optronics Corporation America, without

prejudice.

Dated:  January 10, 2008              Respectfully submitted,

                                      BECK, REDDEN & SECREST, LLP

                                      By:    /s/ David J. Beck
                                             David J. Beck
                                             Federal Bar No. 919
                                      One Houston Center
                                      1221 McKinney Street, 45th Floor
                                      Houston, TX  77010-2010
                                      Telephone:  (713) 951-3700
                                      Facsimile:  (713) 951-3720


Thomas E. Ganucheau
Federal Bar No. 15939
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney Street, 45th Floor
Houston, TX 77010-2010
Telephone:  (713) 951-3700
Facsimile:  (713) 951-3720

Frank A. DeCosta, III
Thomas W. Winland
Walter D. Davis, Jr.
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Phone:  (202) 408-4000
Facsimile:  (202)-408-4400

ATTORNEYS FOR DEFENDANT
PHILIPS ELECTRONIC NORTH AMERICA CORPORATION

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of January, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys involved in the above-referenced litigation.

*/s/ David J. Beck*
David J. Beck