# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BENQ AMERICA CORP., FUJITSU GENERAL AMERICA, INC., JVC AMERICAS CORP., MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., NEC DISPLAY SOLUTIONS OF AMERICA, INC., PANASONIC CORP. OF NORTH AMERICA, PHILIPS ELECTRONICS NORTH AMERICA CORP., PROVIEW TECHNOLOGY, INC., REGENT U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND V, INC., <br><br> Defendants, <br><br> and <br><br> LG.PHILIPS LCD CO., LTD., <br><br> Intervenor. | CASE NO.   2:07-cv-67-TJW <br><br> Jury Trial Demanded |

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND ITS DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**

Positive Technologies, Inc.'s motion for leave to file an amendment to its existing Disclosure of Asserted Claims and Infringement Contentions ("PIC") to reflect the fact that CMO has taken a license under the Positive patent portfolio and, thus, Positive no longer accuses CMO display products, or any product of Defendants that includes a CMO display product, of

infringing any claims of the patents-in-suit, is hereby GRANTED.  Positive may file the proposed amendment attached as Exhibit 1 to its motion.

SIGNED this 29th day of January, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE