**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

POSITIVE TECHNOLOGIES, INC.,

        Plaintiff,

    v.

BENQ AMERICA CORP., FUJITSU
GENERAL AMERICA, INC., JVC
AMERICAS CORP., MITSUBISHI
DIGITAL ELECTRONICS AMERICA,
INC., NEC DISPLAY SOLUTIONS OF
AMERICA, INC., PANASONIC CORP. OF
NORTH AMERICA, PHILIPS
ELECTRONICS NORTH AMERICA
CORP., PROVIEW TECHNOLOGY, INC.,
REGENT U.S.A., INC., SAMSUNG
ELECTRONICS AMERICA, INC.,
TOSHIBA AMERICA CONSUMER
PRODUCTS, L.L.C., AND V, INC.,

        Defendants,

and

LG.PHILIPS LCD CO., LTD.,

        Intervenor.

CASE NO.   2:07-cv-67-TJW

Jury Trial Demanded

**ORDER DISMISSING NEC DISPLAY SOLUTIONS OF AMERICA, INC.**

This matter, having come before the Court on Positive Technologies, Inc.'s ("Positive") and NEC Display Solutions of America, Inc.'s ("NEC") stipulation, and the Court being otherwise fully informed, IT IS ORDERED that Positive's and NEC's respective actions against each other are dismissed in their entirety with prejudice, and each side shall bear its own costs and expenses, including attorney fees, incurred in connection with the actions.  Positive's Complaint and action with regard to the remaining defendants remains in effect unless and until specifically dismissed.

SIGNED this 12th day of February, 2008.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE