IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., | ) |
| Plaintiff. | ) C.A. NO. 2:07CV067-TJW |
| v. | ) |
| BENQ AMERICA CORP., FUJITSU GENERAL AMERICA, INC., JVC AMERICAS CORP., MITSUBISHI DIGITAL ELECTRONICS AMERICA INC., NEC DISPLAY SOLUTIONS OF AMERICA INC., PANASONIC CORP. OF NORTH AMERICA, PHILIPS ELECTRONICS NORTH AMERICA CORP., PROVIEW TECHNOLOGY, INC.; REGENT U.S.A. INC., SAMSUNG ELECTRONICS AMERICA, INC. SHARP ELECTRONICS CORP., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C. AND V. INC., | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |
| PHILIPS ELECTRONICS NORTH AMERICA CORP., | ) |
| Third-Party Plaintiff. | ) |
| v. | ) |
| SAMSUNG SDI CO., LTD. and SAMSUNG SDI AMERICA, INC. | ) |
| Third-Party Defendants. | ) |

## ORDER

Third-Party Plaintiff Philips Electronics North America Corporation, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(c)(1), filed its Notice of Voluntary Dismissal, dismissing its Third-Party Action against Third-Party Defendants Samsung SDI Co., Ltd., and Samsung SDI America, Inc., without prejudice. As no answer or summary judgment motions have been filed by Third-Party Defendants Samsung SDI Co., Ltd., and Samsung SDI America,

Inc., to the Third-Party Action of Philips Electronics North America Corporation, Third-Party Plaintiff Philips Electronics North America Corporation's Notice of Voluntary Dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(c)(1) was effective when filed and its claims against Samsung SDI Co., Ltd., and Samsung SDI America, Inc. have been dismissed without prejudice.

SIGNED this 31st day of March, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE