**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., PROVIEW TECHNOLOGY, INC., REGENT U.S.A., INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND LG DISPLAY CO., LTD., <br><br> Defendants. | CASE NO.   2:07-cv-67-TJW <br><br> Jury Trial Demanded |

**ORDER DISMISSING PROVIEW TECHNOLOGY, INC.**

This matter, having come before the Court on Positive Technologies, Inc.'s ("Positive") and Proview Technology, Inc.'s ("Proview") stipulation, and the Court being otherwise fully informed, IT IS ORDERED that Positive's and Proview's respective actions against each other are dismissed in their entirety without prejudice to re-filing the same, and each side shall bear its own costs and expenses, including attorney fees, incurred in connection with the actions. Positive's Complaint and action with regard to the remaining defendants remains in effect unless and until specifically dismissed.

SIGNED this 31st day of March, 2008.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE