**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., PROVIEW TECHNOLOGY, INC., REGENT U.S.A., INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND LG DISPLAY CO., LTD. | CASE NO.   2:07-cv-67-TJW <br><br> Jury Trial Demanded |

**ORDER DISMISSING MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.**

This matter, having come before the Court on Positive Technologies, Inc.'s ("Positive") and Mitsubishi Digital Electronics America, Inc. ("Mitsubishi") stipulation, and the Court being otherwise fully informed, IT IS ORDERED that Positive's and Mitsubishi's respective actions against each other are dismissed in their entirety with prejudice, and each side shall bear its own costs and expenses, including attorney fees, incurred in connection with the actions.  Positive's Complaint and action with regard to the remaining defendants remains in effect unless and until specifically dismissed.

SIGNED this 2nd day of April, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE