**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| POSITIVE TECHNOLOGIES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LG DISPLAY CO., LTD., MITSUBISHI DIGITAL )<br>ELECTRONICS AMERICA, INC., PROVIEW )<br>TECHNOLOGY, INC., REGENT U.S.A., INC., )<br>AND TOSHIBA AMERICA CONSUMER )<br>PRODUCTS, L.L.C. )<br>)<br>Defendants ) | CASE NO. 2:07-CV-00067-TJW |

**ORDER GRANTING DEFENDANT LG DISPLAY CO., LTD'S**
**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S**
**MOTION FOR LEAVE TO SERVE INFRINGEMENT CONTENTIONS**

Before this Court is Defendant LG Display Co., Ltd.'s ("LGD") Unopposed Motion to Extend Time to Respond to Plaintiff's Motion for Leave to Serve Infringement Contentions.

Therefore it is hereby ORDERED that:

1) Defendant LGD's Response to Plaintiff's Motion for Leave to Serve Infringement Contentions is to be filed by June 19, 2008.

SIGNED this 5th day of June, 2008.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE