**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., ) <br>     Plaintiff, ) <br> v. ) <br> LG DISPLAY CO., LTD., AND TOSHIBA ) <br> AMERICA CONSUMER PRODUCTS, L.L.C. ) <br>     Defendants ) <br> ) <br> ) <br> ) <br> ) | CASE NO. 2:07-CV-00067-TJW |

**ORDER GRANTING DEFENDANT LG DISPLAY CO., LTD'S**
**UNOPPOSED MOTION TO EXTEND TIME TO FILE SUR-REPLY**

Before this Court is Defendant LG Display Co., Ltd.'s ("LGD") Unopposed Motion to Extend Time to File its Sur-Reply to Plaintiff's Motion for Summary Judgment and Supporting Memorandum of Points and Authorities That the Asserted Patents Are Not Unenforceable Under the Doctrine of Inequitable Conduct.

Therefore it is hereby ORDERED that:

1) Defendant LGD's Sur-Reply to Plaintiff's Motion for Summary Judgment and Supporting Memorandum of Points and Authorities That the Asserted Patents Are Not Unenforceable Under the Doctrine of Inequitable Conduct (Dkt #403) is to be filed by August 29, 2008.

SIGNED this 28th day of August, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE