IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POSITIVE TECHNOLOGIES, INC. | § § | |
| *Plaintiff,* | § § | CIVIL NO. 2:07 CV 67 |
| v. | § § | |
| LG DISPLAY CO., LTD., ET. AL. | § § | |
| *Defendants.* | § § § § | |

## ORDER

Defendant LG Display Co., Ltd.'s ("LG") Motion for Summary Judgment of Non-Infringement is before the court (D.I. #402). Defendant's Motion for Summary Judgment is DENIED. The court has carefully considered the cited portions of the record in light of the applicable law and the claim construction in this case (D.I. # 388). The court is not persuaded that the defendant has carried its burden to demonstrate the absence of genuine issues of material fact.

SIGNED this  1st  day of October, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE