# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>TOSHIBA AMERICA CONSUMER PRODUCTS L.L.C., AND LG DISPLAY CO. LTD.,<br><br>    Defendants, | Civil Action No. 2:07-cv-00067-TJW |
| AND RELATED COUNTERCLAIMS | |

## STIPULATION OF DISMISSAL OF TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

Plaintiff Positive Technologies, Inc. ("Positive") and Defendant Toshiba America Consumer Products, L.L.C. ("TACP") stipulate and agree their respective claims against each other asserted in this action, including all claims asserted in the Complaints, Amended Complaints and Counter-Claims and Amended Counter-Claims should be dismissed with prejudice and that they should each bear their own costs and expenses, including attorney fees, incurred in this action. Attached is a proposed Order to dismiss TACP from this action. This stipulation does not affect Positive's claims with regard to the remaining defendant.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Collin Maloney<br>Collin M. Maloney<br>State Bar. No. 00794219<br>IRELAND, CARROLL & KELLEY P.C.<br>6101 South Broadway, Suit 500<br>Tyler, TX 75703<br>(903) 561-1600(Phone)<br>(903) 581-1071 (Facsimile)<br><br>James P. Brogan<br>COOLEY GODWARD KRONISH LLP<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO 80021<br>(720) 566-8023 (Phone)<br>(720) 566-4099 (Facsimile)<br><br>*Counsel for Plaintiff*<br>*Positive Technologies, Inc.* | /s/ Melvin R. Wilcox III (Collin Maloney by permission)<br>Melvin R. Wilcox, III<br>Lead Attorney<br>State Bar No. 21454800<br>YARBROUGH & WILCOX PLLC<br>100 E. Ferguson St.<br>Tyler, Texas 75702<br>(903) 595-1133 (Phone)<br>(903) 595-0191 (Facsimile)<br><br>Michael J. Shea<br>Larry S. Nixon<br>Jeffry H. Nelson<br>NIXON & VANDERHYE, P.C.<br>901 North Glebe Road, 11th Floor<br>Arlington, Virginia 22203<br>(703) 816-4000 (Phone)<br>(703) 816-4100 (Facsimile)<br><br>*Counsel for Defendant Toshiba America Consumer Products L.L.C.* |

### **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic notification system to all counsel of record on this the 6th day of October 2008.

/s/ Collin Maloney