**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC.<br><br>               Plaintiff,<br><br>               v.<br><br>TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND LG DISPLAY CO. LTD.,<br><br>               Defendants,<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. 2:07-cv-00067-TJW |

**ORDER DISMISSING
TOSHIBA AMERICA CONSUMER PRODUCTS L.L.C.**

Having considered the Stipulation of Dismissal of Toshiba America Consumer Products L.L.C. ("TACP") submitted jointly by Positive Technologies, Inc. ("Positive") and TACP,

IT IS HEREBY ORDERED THAT all claims asserted in this action between Positive and TACP are dismissed with prejudice and they are each to bear their own costs and expenses, including attorney fees, incurred in connection with this action.

SIGNED this 7th day of October, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE